UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive, Manasquan, NJ 08736
(732) 223-8484  Fax: (732) 223-2416
Email: Rugger52@aol.com
Attorneys for Debtor
Frank J. Fischer, Esq.
FF3328

Order Filed on February 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

    David A. Cornell

    Debtor

Chapter 13 Case No. 13-31514-JKS

Judge: Honorable John K. Sherwood

Hearing Date: 2/9/17 at 11:00 a.m.

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 27, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having come before the Court on the Debtor's Motion to Approve Post-Petition Financing, and the Court having considered the Debtor's motion and any opposition thereto, and good and sufficient case appearing therefrom for the entry of this order, it is hereby

**ORDERED** that the debtor be and hereby is allowed to finance the vehicle with CCAP Auto Lease LTD pursuant to the terms outlined in the Debtor's certification in support of the financing motion; and it is further

**ORDERED** that the debtor shall:

- ☐ Satisfy all Plan obligations from financing proceeds
- ☑ Continue to make payments under the Plan as proposed or confirmed
- ☐ Modify the Plan as follows:

and it is further

**ORDERED** that the debtor's counsel shall be allowed a legal fee of $<u>400.00</u> plus filing fees for representation in connection with this motion which is to be paid (**choose one**):

At closing    Through the Plan    X Outside of the Plan

and it is further

**ORDERED** that the Chapter 13 Trustee shall be provided with a copy of the executed lease within seven (7) days of the executing of the lease; and it is further

2

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides a 14 day stay of this order,

☐ is applicable     ☑ is not applicable

and it is further

**ORDERED** that the following other provisions apply: Allowance of the Debtor's attorney's fees does not impact the Plan payments