**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**BROEGE, NEUMANN, FISCHER & SHAVER,
L.L.C.**
**25 Abe Voorhees Drive, Manasquan, NJ 08736**
**(732) 223-8484 Fax:  (732) 223-2416**
**Email:  Rugger52@aol.com**
**Attorneys for Debtor**
**Frank J. Fischer, Esq.**
**FF3328**

Order Filed on February 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

    David A. Cornell

    Debtor

Chapter 13 Case No. 13-31514-JKS

Judge:  Honorable John K. Sherwood

Hearing Date:  2/9/17 at 11:00 a.m.

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED**.

**DATED: February 27, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having come before the Court on the Debtor's Motion to Approve Post-Petition Financing, and the Court having considered the Debtor's motion and any opposition thereto, and good and sufficient case appearing therefrom for the entry of this order, it is hereby

**ORDERED** that the debtor be and hereby is allowed to finance the vehicle with CCAP Auto Lease LTD pursuant to the terms outlined in the Debtor's certification in support of the financing motion; and it is further

**ORDERED** that the debtor shall:

☐ Satisfy all Plan obligations from financing proceeds

☑ Continue to make payments under the Plan as proposed or confirmed

☐ Modify the Plan as follows:

and it is further

**ORDERED** that the debtor's counsel shall be allowed a legal fee of $400.00 plus filing fees for representation in connection with this motion which is to be paid (**choose one**):

At closing    Through the Plan    X Outside of the Plan

and it is further

**ORDERED** that the Chapter 13 Trustee shall be provided with a copy of the executed lease within seven (7) days of the executing of the lease; and it is further

2

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides a 14 day stay of this order,

☐ is applicable          ☑ is not applicable

and it is further

**ORDERED** that the following other provisions apply:  Allowance of the Debtor's

attorney's fees does not impact the Plan payments

3

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-31514-JKS
David A Cornell                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Feb 27, 2017
                             Form ID: pdf903         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db              David A Cornell,    69 Route 46 W,    Fairfield, NJ  07004-3003
aty            +Robin S. Caiazzo,    51 Denise Drive,    Kinnelon, NJ 07405-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
            Alexandra T. Garcia    on behalf of Creditor    Capital One, N.A. NJECFMAIL@mwc-law.com
            Brian J. Goldberg    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
            Celine P. Derkrikorian    on behalf of Creditor    Capital One, N.A. njecfmail@mwc-law.com
            Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Frank J. Fischer    on behalf of Debtor David A Cornell rugger52@aol.com
            Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
                                                                                          TOTAL: 8